CLOSED,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:12–cv–01733–GMS

OpenTV Inc. v. Netflix Inc.

Assigned to: Judge Gregory M. Sleet

Cause: 35:271 Patent Infringement

Date Filed: 12/19/2012

Date Terminated: 03/31/2014

Jury Demand: Plaintiff

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**OpenTV Inc.**                                        represented by   **Frederick L. Cottrell , III**
Richards, Layton &Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658–6541
Email: cottrell@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
Potter Anderson &Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899–0951
(302) 984–6000
Email: rhorwitz@potteranderson.com
*TERMINATED: 01/04/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shea Gaza**
Young, Conaway, Stargatt &Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571–6727
Email: agaza@ycst.com
*TERMINATED: 08/01/2013*
*ATTORNEY TO BE NOTICED*

**Bindu Ann George Palapura**
Potter Anderson &Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899–0951
302–984–6000
Fax: 302–778–6000
Email: bpalapura@potteranderson.com
*TERMINATED: 01/04/2013*
*ATTORNEY TO BE NOTICED*

**David Ellis Moore**
Potter Anderson &Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899–0951
(302) 984–6000
Email: dmoore@potteranderson.com
*TERMINATED: 01/04/2013*
*ATTORNEY TO BE NOTICED*

**George W. Foster**
Email: billy.foster@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory Polins**
Email: greg.polins@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew V. Topic**
UNDELIVERABLE EMAIL 3/14/14
*TERMINATED: 03/13/2014*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Russell E. Levine**
Email: russell.levine@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Netflix Inc.**                          represented by **Jack B. Blumenfeld**
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658–9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clement S. Roberts**
Email: croberts@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daralyn J. Durie**
Email: ddurie@durietangri.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Eugene Novikov**
Email: enovikov@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laura E. Miller**
Email: lmiller@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2012 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Netflix Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 17917.) – filed by OpenTV Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Civil Cover Sheet)(mdb) (Additional attachment(s) added on 12/20/2012: # 9 Acknowledgement of Consent Form) (mdb). Modified on 12/20/2012 (dzb, ). (Entered: 12/20/2012) |
| 12/19/2012 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (mdb) (Entered: 12/20/2012) |
| 12/19/2012 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,018,768; 6,233,736 B1; 7,055,169 B2; 7,409,437 B2; 7,490,346 B2; 7,949,722 B1; 8,107,786. (mdb) (Entered: 12/20/2012) |
| 12/19/2012 | Ï 4 | Disclosure Statement pursuant to Rule 7.1 filed by OpenTV Inc. identifying Corporate Parent Kudelski SA for OpenTV Inc.. (mdb) (Entered: 12/20/2012) |
| 12/20/2012 | Ï | Summons Issued with Magistrate Consent Notice attached as to Netflix Inc. on 12/19/2012. (mdb) (Entered: 12/20/2012) |
| 12/21/2012 | Ï 5 | SUMMONS Returned Executed by OpenTV Inc.. Netflix Inc. served on 12/19/2012, answer due 1/9/2013. (Horwitz, Richard) (Entered: 12/21/2012) |
| 12/26/2012 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 12/26/2012) |
| 12/28/2012 | Ï 6 | STIPULATION TO EXTEND TIME for the defendant to move, answer, or otherwise respond to the complaint to February 8, 2013 – filed by Netflix Inc., OpenTV Inc.. (Blumenfeld, Jack) (Entered: 12/28/2012) |
| 12/28/2012 | Ï | SO ORDERED, re 6 STIPULATION TO EXTEND TIME for the defendant to move, answer, or otherwise respond to the complaint to February 8, 2013 filed by OpenTV Inc., Netflix Inc. Set/Reset Answer Deadlines: Netflix Inc. answer due 2/8/2013. Ordered by Chief Judge Gregory M. Sleet on 12/28/12. (mmm) (Entered: 12/28/2012) |
| 01/04/2013 | Ï 7 | NOTICE OF SUBSTITUTION OF COUNSEL re OpenTV Inc.: Entry of appearance of attorney Anne Shea Gaza. Attorney Richard L. Horwitz, David E. Moore, Bindu A. Palapura and the law firm of Potter Anderson &Corroon terminated. (Gaza, Anne) (Entered: 01/04/2013) |
| 01/07/2013 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney Russell E. Levine, P.C., Paul D. Collier, Matthew V. Topic, G. William Foster and Gregory Polins – filed by OpenTV Inc.. (Cottrell, Frederick) (Entered: 01/07/2013) |

| 01/07/2013 | Ï | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Russell E. Levine, P.C., Paul D. Collier, Matthew V. Topic, G. William Foster and Gregory Polins filed by OpenTV Inc. Ordered by Chief Judge Gregory M. Sleet on 1/7/13. (mmm) (Entered: 01/07/2013) |
|---|---|---|
| 01/08/2013 | Ï | Pro Hac Vice Attorney Matthew V. Topic,Russell E. Levine,Gregory Polins,George W. Foster for OpenTV Inc. added for electronic noticing. (dmp, ) (Entered: 01/08/2013) |
| 01/29/2013 | Ï 9 | MOTION for Pro Hac Vice Appearance of Attorney Daralyn J. Durie, Clement S. Roberts, Laura E. Miller and Eugene Novikov – filed by Netflix Inc.. (Blumenfeld, Jack) (Entered: 01/29/2013) |
| 01/30/2013 | Ï | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney Daralyn J. Durie, Clement S. Roberts, Laura E. Miller and Eugene Novikov filed by Netflix Inc. Ordered by Chief Judge Gregory M. Sleet on 1/30/2013. (asw) (Entered: 01/30/2013) |
| 02/04/2013 | Ï | Pro Hac Vice Attorney Eugene Novikov,Clement S. Roberts,Daralyn J. Durie,Laura E. Miller for Netflix Inc. added for electronic noticing. (rbe) (Entered: 02/04/2013) |
| 02/06/2013 | Ï 10 | STIPULATION TO EXTEND TIME for the defendant to move, answer or otherwise respond to the Complaint to February 15, 2013 – filed by Netflix Inc., OpenTV Inc.. (Blumenfeld, Jack) (Entered: 02/06/2013) |
| 02/06/2013 | Ï | SO ORDERED, re 10 STIPULATION TO EXTEND TIME for the defendant to move, answer or otherwise respond to the Complaint to February 15, 2013 filed by OpenTV Inc., Netflix Inc., Set/Reset Answer Deadlines: Netflix Inc. answer due 02/15/2013. Ordered by Chief Judge Gregory M. Sleet on 2/6/2013. (asw) (Entered: 02/06/2013) |
| 02/15/2013 | Ï 11 | ANSWER to 1 Complaint, with Jury Demand by Netflix Inc..(Blumenfeld, Jack) (Entered: 02/15/2013) |
| 02/15/2013 | Ï 12 | Disclosure Statement pursuant to Rule 7.1 filed by Netflix Inc. identifying Corporate Parent None for Corporate Parent or other affiliates for Netflix Inc... (Blumenfeld, Jack) (Entered: 02/15/2013) |
| 06/03/2013 | Ï 13 | MOTION to Transfer Case to the United States District Court for the Northern District of California – filed by Netflix Inc.. (Blumenfeld, Jack) (Entered: 06/03/2013) |
| 06/03/2013 | Ï 14 | [SEALED] OPENING BRIEF in Support re 13 MOTION to Transfer Case to the United States District Court for the Northern District of California filed by Netflix Inc..Answering Brief/Response due date per Local Rules is 6/20/2013. (Blumenfeld, Jack) (Entered: 06/03/2013) |
| 06/03/2013 | Ï 15 | [SEALED] DECLARATION re 13 MOTION to Transfer Case to the United States District Court for the Northern District of California –– *Declaration of Carole Payne* –– by Netflix Inc.. (Blumenfeld, Jack) (Entered: 06/03/2013) |
| 06/03/2013 | Ï 16 | DECLARATION re 13 MOTION to Transfer Case to the United States District Court for the Northern District of California –– *Declaration of Laura E. Miller* –– by Netflix Inc.. (Attachments: # 1 Exhibit A – E, # 2 Exhibit F &G, # 3 Exhibit H – K, # 4 Exhibit L – Q, # 5 Exhibit R &S)(Blumenfeld, Jack) (Attachment 1 replaced on 6/10/2013) (asw). (Attachment 2 replaced on 6/10/2013) (asw). (Attachment 3 replaced on 6/10/2013) (asw). (Attachment 4 replaced on 6/10/2013) (asw). (Attachment 5 replaced on 6/10/2013) (asw). (Entered: 06/03/2013) |
| 06/10/2013 | Ï | CORRECTING ENTRY: Attachments 1 through 5 regarding Exhibits in 16 DECLARATION have been replaced with the corrected versions. (asw) (Entered: 06/10/2013) |
| 06/10/2013 | Ï 17 | REDACTED VERSION of 14 Opening Brief in Support, *Motion to Transfer Case to the United States District Court for the Northern District of California* by Netflix Inc.. (Blumenfeld, Jack) (Entered: 06/10/2013) |

| | | |
|---|---|---|
| 06/10/2013 | Ï 18 | REDACTED VERSION of 15 Declaration *of Carole Payne* by Netflix Inc.. (Blumenfeld, Jack) (Entered: 06/10/2013) |
| 06/19/2013 | Ï | ORAL ORDER SCHEDULING A RULE 16.2b SCHEDULING TELECONFERENCE: A Rule 16.2b Scheduling Teleconference has been set in this matter for Monday, June 24 2013, at 11:00 AM with the Honorable Gregory M. Sleet. The parties shall file a Joint Status Report (a sample can be found on the court's website) no later than NOON on Friday, June 21, 2013. Counsel for plaintiff is directed to initiate the conference call and contact chambers at (302) 573–4559 once all parties are on the line. Ordered by Chief Judge Sleet on 6/19/2013. (ctd) (Entered: 06/19/2013) |
| 06/20/2013 | Ï 19 | ANSWERING BRIEF in Opposition re 13 MOTION to Transfer Case to the United States District Court for the Northern District of California filed by OpenTV Inc..Reply Brief due date per Local Rules is 7/1/2013. (Gaza, Anne) (Entered: 06/20/2013) |
| 06/20/2013 | Ï 20 | DECLARATION re 19 Answering Brief in Opposition *(Declaration of Matthew Topic)* by OpenTV Inc.. (Gaza, Anne) (Entered: 06/20/2013) |
| 06/20/2013 | Ï 21 | DECLARATION re 19 Answering Brief in Opposition *(Declaration of Gregory Wallace)* by OpenTV Inc.. (Gaza, Anne) (Entered: 06/20/2013) |
| 06/21/2013 | Ï | ORAL ORDER RESCHEDULING THE RULE 16.2b SCHEDULING TELECONFERENCE: The Rule 16.2b Scheduling Teleconference currently set in this matter for Monday, June 24 2013, at 11:00 AM with the Honorable Gregory M. Sleet HAS BEEN RESCHEDULED, at the request of the parties, to Monday, July 1, 2013, at 11:00 AM. The parties shall file a Joint Status Report (a sample can be found on the court's website) no later than NOON on Friday, June 28, 2013. Counsel for plaintiff is directed to initiate the conference call and contact chambers at (302) 573–4559 once all parties are on the line. Ordered by Chief Judge Sleet on 6/21/2013. (ctd) (Entered: 06/21/2013) |
| 06/28/2013 | Ï 22 | Joint STATUS REPORT by OpenTV Inc.. (Attachments: # 1 Exhibit A)(Cottrell, Frederick) (Entered: 06/28/2013) |
| 07/01/2013 | Ï | ORAL ORDER CANCELLING SCHEDULING TELECONFERENCE: The Rule 16.2b Scheduling Teleconference currently set for Monday, July 1, 2013, at 11:00 AM with the Honorable Gregory M. Sleet has been CANCELLED. Ordered by Chief Judge Gregory M. Sleet on 7/1/2013. (asw) (Entered: 07/01/2013) |
| 07/01/2013 | Ï 23 | REPLY BRIEF re 13 MOTION to Transfer Case to the United States District Court for the Northern District of California filed by Netflix Inc.. (Blumenfeld, Jack) (Entered: 07/01/2013) |
| 07/31/2013 | Ï 24 | NOTICE of Withdrawal of Anne Shea Gaza by OpenTV Inc. (Gaza, Anne) (Entered: 07/31/2013) |
| 03/13/2014 | Ï 25 | NOTICE of Withdrawal of Counsel by OpenTV Inc. (Hunter, Travis) (Entered: 03/13/2014) |
| 03/31/2014 | Ï 26 | MEMORANDUM AND ORDER GRANTING 13 MOTION to Transfer Case to the United States District Court for the Northern District of California filed by Netflix Inc. Signed by Chief Judge Gregory M. Sleet on 3/31/14. (mmm) (Entered: 03/31/2014) |
| 03/31/2014 | Ï | Case electronically transferred to U.S. District Court for the Northern District of California. (mmm) (Entered: 03/31/2014) |