Russell E. Levine, P.C. (*pro hac vice*)
rlevine@kirkland.com
Paul D. Collier (*pro hac vice*)
pcollier@kirkland.com
James B. Medek (*pro hac vice*)
jmedek@kirkland.com
Greg Polins (*pro hac vice*)
greg.polins@kirkland.com
George William Foster (*pro hac vice*)
billy.foster@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

John R. Edwards (S.B.N. 244310)
john.edwards@kirkland.com
Brian W. Lee (S.B.N. 255363)
brian.lee@kirkland.com
Mark D. Fahey (S.B.N. 294551)
mark.fahey@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Attorneys for Plaintiffs OpenTV, Inc. and
Nagra France SAS

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant
NETFLIX, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **OPENTV, INC., and NAGRA FRANCE SAS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NETFLIX, INC.**<br><br>**Defendant.** | Case Nos.:   3:14-cv-01525-RS<br>3:14-cv-01723-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING ON NETFLIX'S MOTION FOR SUMMARY JUDGMENT** - AS MODIFIED BY THE COURT<br>Judge: Honorable Richard Seeborg |

1    Subject to the availability and approval of the Court, the parties hereby stipulate and respectfully

2  request that the July 31, 2014 Case Management Conference be continued to Thursday, October 9, 2014,
   1:30 p.m.
3  at 10:00 a.m.; the September 11, 2014 Hearing on Defendant's Motion for Summary Judgment (Dkt.

4  No. 50) ("the Motion") be continued to Thursday, October 9, 2014 at 1:30 p.m.; the deadline to file an

5  opposition to the Motion be extended to Thursday, September 18, 2014; and the deadline to file a reply

6  to the opposition to the Motion be extended to Thursday, September 25, 2014.  The Court has not yet

7  entered a schedule setting any further deadlines for this case.  The parties request this additional time to

8  engage in settlement discussions between the parties' in-house counsel and business executives in an

9  attempt to resolve the parties' disputes without further litigation.  The parties further agree to not initiate

10 any new litigation or other proceedings against the other party until Thursday, October 9, 2014, to not

11 serve any additional discovery requests until Thursday, October 9, 2014, and to extend the deadline to

12 respond to previously served discovery requests to Thursday, October 16, 2014.  The parties therefore

13 respectfully request an order pursuant to this stipulation.

14

15 Dated: July 30, 2014

16

17 KIRKLAND & ELLIS LLP                    DURIE TANGRI LLP

18 */s/ John R. Edwards*                     */s/ Laura E. Miller*

19 John R. Edwards (SBN 244310)           Laura E. Miller (SBN 271713)

20

21

22

23 PURSUANT TO STIPULATION, IT IS SO ORDERED,

24

25

26 Dated:  7/30/14                          _____

27                                          RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
28