| | |
|---|---|
| Russell E. Levine, P.C. (*pro hac vice*) <br> rlevine@kirkland.com <br> Paul D. Collier (*pro hac vice*) <br> pcollier@kirkland.com <br> James B. Medek (*pro hac vice*) <br> jmedek@kirkland.com <br> Greg Polins (*pro hac vice*) <br> greg.polins@kirkland.com <br> George William Foster (*pro hac vice*) <br> billy.foster@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br><br> John R. Edwards (S.B.N. 244310) <br> john.edwards@kirkland.com <br> Brian W. Lee (S.B.N. 255363) <br> brian.lee@kirkland.com <br> Mark D. Fahey (S.B.N. 294551) <br> mark.fahey@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 3330 Hillview Avenue <br> Palo Alto, CA 94304 <br> Telephone: (650) 859-7000 <br> Facsimile: (650) 859-7500 <br><br> Attorneys for Plaintiffs OpenTV, Inc. and <br> Nagra France SAS | DURIE TANGRI LLP <br> DARALYN J. DURIE (SBN 169825) <br> ddurie@durietangri.com <br> CLEMENT S. ROBERTS (SBN 209203) <br> croberts@durietangri.com <br> LAURA E. MILLER (SBN 271713) <br> lmiller@durietangri.com <br> ZAC A. COX (SBN 283535) <br> zcox@durietangri.com <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> Telephone: (415) 362-6666 <br> Facsimile: (415) 236-6300 <br><br> Attorneys for Defendant <br> NETFLIX, INC. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **OPENTV, INC., and NAGRA FRANCE SAS,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **NETFLIX, INC.** <br><br> **Defendant.** | Case Nos.:   3:14-cv-01525-RS <br> 3:14-cv-01723-RS <br><br> **SECOND STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING ON NETFLIX'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Honorable Richard Seeborg |

Subject to the availability and approval of the Court, the parties hereby stipulate and respectfully request that the October 9, 2014 Case Management Conference and Hearing on Defendant's Motion for Summary Judgment (Dkt. No. 50) ("the Motion") be continued to Thursday, November 6, 2014, at 1:30 p.m.; the deadline to file an opposition to the Motion be extended to Thursday, October 16, 2014; and the deadline to file a reply to the opposition to the Motion be extended to Thursday, October 23, 2014. These dates have been modified once by stipulation and Court order. (Dkt. Nos. 51, 52.) The Court has not yet entered a schedule setting any further deadlines for this case. The parties request this additional time to continue settlement discussions between the parties' in-house counsel and business executives in an attempt to resolve the parties' disputes without further litigation. The parties further agree to not initiate any new litigation or other proceedings, anywhere worldwide, against the other party until Thursday, November 6, 2014, to not serve any additional discovery requests until Thursday, November 6, 2014, and to extend the deadline to respond to previously served discovery requests to Thursday, November 6, 2014. The parties therefore respectfully request an order pursuant to this stipulation.

Dated: September 16, 2014

| | |
|---|---|
| KIRKLAND & ELLIS LLP | DURIE TANGRI LLP |
| */s/ John R. Edwards* | */s/ Laura E. Miller* |
| John R. Edwards (SBN 244310) | Laura E. Miller (SBN 271713) |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 9/22/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

SECOND STIPULATED AND [PROPOSED]           2           3:14-cv-01525
ORDER RESCHEDULING CMC AND HEARING                         3:14-cv-01723