1 | DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    (415) 362-6666
Facsimile:    (415)236-6300

Attorneys for Defendant
NETFLIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC. and NAGRA FRANCE SAS,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 3:14-cv-01525-RS<br>         3:14-cv-01723-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME**<br><br>Date:   November 6, 2014<br>Time:   1:30 p.m.<br>Ctrm:   3, 17th Floor<br>Judge:  Honorable Richard Seeborg |

Pursuant to Local Rule 6-1(b), Plaintiff OpenTV, Inc. and Defendant Netflix, Inc., by and through their respective attorneys, hereby stipulate to extend the deadline to file a reply to Plaintiff's opposition to Defendant's motion for summary judgment of lack of patentable subject matter as to U.S. patents 7,055,169, 7,305,691 and 8,332,268 (Dkt. Nos. 50 & 55) for seven (7) days up to and including October 30, 2014.  The hearing on Defendant's Motion for Summary Judgment is currently scheduled for Thursday, November 6, 2014 (Dkt. No. 54), and no modification of that date is requested.  Defendant requests this additional time to accommodate external scheduling constraints.  The parties respectfully request an order pursuant to this stipulation.

Dated:  October 21, 2014                                           KIRKLAND & ELLIS LLP

                                                                            By:    */s/ John R. Edwards*
                                                                                      JOHN R. EDWARDS

                                                                            Attorneys for Plaintiffs
                                                                            OPENTV, INC. and NAGRA FRANCE SAS

Dated:  October 21, 2014                                           DURIE TANGRI LLP

                                                                            By:    */s/ Laura E. Miller*
                                                                                      LAURA E. MILLER

                                                                            Attorneys for Defendant
                                                                            NETFLIX, INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Laura E. Miller, attest that concurrence in the filing of this document has been obtained.

Dated:  October 21, 2014                                                 */s/ Laura E. Miller*
                                                                                      LAURA E. MILLER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/21/2014

                                                                            _____
                                                                            Honorable Richard Seeborg
                                                                            United States District Judge

1
STIPULATION AND [~~PROPOOSED~~] ORDER TO EXTEND TIME
CASE NOS. 3:14-CV-01525-RS AND 3:14-CV-01723-RS

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on October 21, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Laura E. Miller*
Laura E. Miller