DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
ZAC A. COX (SBN 283535)
zcox@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    (415) 362-6666
Facsimile:    (415)236-6300

Attorneys for Defendant
NETFLIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENTV, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　　　Defendant. | Case No. 3:14-cv-01525-RS<br>Case No. 3:14-cv-01723-RS<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date:　November 13, 2014<br>Time:　1:30 p.m.<br>Ctrm:　3, 17th Floor<br>Judge:　Honorable Richard Seeborg |
| OPENTV, INC. and NAGRA FRANCE SAS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　　　Defendant. | |

Pursuant to Local Rule 7-3(d), Defendant Netflix, Inc. submits this Statement of Recent Decision in support of its Motion for Summary Judgment of Lack of Patentable Subject Matter as to U.S. Patents 7,055,169, 7,305,691, and 8,332,268, and hereby brings to the Court's attention the following Federal Circuit opinion: *Ultramercial, Inc., et al. v. Hulu, LLC, et al.*, No. 2010-1544 (Fed. Cir. Nov. 14, 2014), attached hereto as Exhibit A.

Dated: November 14, 2014               DURIE TANGRI LLP

By:     */s/ Laura E. Miller*
        LAURA E. MILLER

Attorneys for Defendant
NETFLIX, INC.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on November 14, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Laura E. Miller*
Laura E. Miller