UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENTV INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTION | Case No. 14-cv-01525-RS<br>Case No. 14-cv-01723-RS<br><br>**ORDER SETTING HEARING** |

The parties' joint motion to vacate the order on summary judgment will be heard on February 5, 2015 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: January 15, 2015

RICHARD SEEBORG
United States District Judge