UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** February 5, 2015  **Time in Court**: 15 min.

**Case No.:** C 14-01525 RS

**Case Title:** OpenTV, Inc., v. Netflix, Inc.

**Appearances:**

    For Plaintiff(s): Russell Levine

    For Defendant(s): Daralyn Durie

**Deputy Clerk:** Corinne Lew  **Court Reporter:** Lori Stokes

# PROCEEDINGS

Motion Hearing Held.

# SUMMARY

MOTION/MATTER: ( ) Granted
                        **(X) Denied**
                        ( ) Granted in part/Denied in part
                        ( ) Taken under submission
                        ( ) Withdrawn/Off Calendar