| | |
|---|---|
| Russell E. Levine, P.C. (*pro hac vice*) | DURIE TANGRI LLP |
| rlevine@kirkland.com | DARALYN J. DURIE (SBN 169825) |
| Paul D. Collier (*pro hac vice*) | ddurie@durietangri.com |
| pcollier@kirkland.com | CLEMENT S. ROBERTS (SBN 209203) |
| James B. Medek (*pro hac vice*) | croberts@durietangri.com |
| jmedek@kirkland.com | LAURA E. MILLER (SBN 271713) |
| Greg Polins (*pro hac vice*) | lmiller@durietangri.com |
| greg.polins@kirkland.com | ZAC A. COX (SBN 283535) |
| George William Foster (*pro hac vice*) | zcox@durietangri.com |
| billy.foster@kirkland.com | 217 Leidesdorff Street |
| KIRKLAND & ELLIS LLP | San Francisco, CA 94111 |
| 300 North LaSalle Street | Telephone: (415) 362-6666 |
| Chicago, IL 60654 | Facsimile: (415) 236-6300 |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | Attorneys for Defendant |
| | NETFLIX, INC. |
| John R. Edwards (S.B.N. 244310) | |
| john.edwards@kirkland.com | |
| Brian W. Lee (S.B.N. 255363) | |
| brian.lee@kirkland.com | |
| Mark D. Fahey (S.B.N. 294551) | |
| mark.fahey@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 3330 Hillview Avenue | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 859-7000 | |
| Facsimile: (650) 859-7500 | |

Attorneys for Plaintiffs OpenTV, Inc. and
Nagra France SAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OPENTV, INC.,**<br><br>              **Plaintiff,**<br>      v.<br><br>**NETFLIX, INC.,**<br><br>              **Defendant.**<br><br>**OPENTV, INC. and NAGRA FRANCE SAS,**<br><br>              **Plaintiffs,**<br>      v.<br><br>**NETFLIX, INC.,**<br><br>              **Defendant.** | Case No. 3:14-cv-01525-RS<br>Case No. 3:14-cv-01723-RS<br><br>**AMENDED STIPULATION AND JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Richard Seeborg |

Plaintiffs OpenTV, Inc. and Nagra France SAS (collectively "OpenTV") and Defendant Netflix, Inc. ("Netflix") hereby stipulate and request that the Court order as follows:

1. All claims between OpenTV and Netflix, including all claims presented by OpenTV's Complaints and all of Netflix's Counterclaims, shall be dismissed without prejudice; and

2. OpenTV and Netflix each shall bear their own costs and attorneys' fees.

Dated: February 11, 2015          */s/ John R. Edwards*
                                  Counsel for Plaintiffs

Dated: February 11, 2015          */s/ Laura E. Miller*
                                  Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/11/2015

Richard Seeborg
United States District Judge